### RICHARDS *v.* THE STATE.

SIMMONS, C. J.   No error of law was complained of, and the evidence was sufficient to warrant the verdict.

*Judgment affirmed.    All the Justices concur.*

Submitted December 19, 1904.—Decided January 26, 1905.

Indictment for gaming.   Before Judge Holden.   Glascock superior court.   November 21, 1904.

*E. L. Stephens* and *J. S. Peebles Jr.*, for plaintiff in error.
*D. W. Meadow, solicitor-general,* contra.